UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CR8HEA(AGF) |
| | ) | |
| ELIZABETH HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on Defendant's Motion to Reconsider Order of Detention. [Doc. 34]

The court has carefully reconsidered the Pretrial Services Report, the Order of Detention and has considered the matters raised in defendant's Motion. Defendant has not rebutted the presumption of detention. The court finds that the Order of Detention shall remain in full force and effect. However, the court will advise the Marshals Service of defendant's health concerns and will suggest she be confined at the St. Louis County Justice Center or a similar facility where there may be more appropriate medical care.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reconsider Order of Detention is DENIED. [Doc. 34]

It is requested that the Marshals Service, if possible, confine defendant in the St. Louis County Justice Center or a facility where she can receive appropriate medical care.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this ___9th___ day of February, 2006.